IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF/RESPONDENT

v.                             Case No. 2:15-CR-20025-10

ARMANDO PICAZO                                                      DEFENDANT/PETITIONER

## **O R D E R**

The Court has received proposed findings and recommendations (Doc. 349) from United States Magistrate Judge Mark E. Ford. There have been no objections and the time period for filing objections has passed. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and ADOPTED IN THEIR ENTIRETY as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Petitioner Armando Picazo's motion (Doc. 339) under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED, and his petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

IT IS FURTHER ORDERED that his motion (Doc. 347) for reduction of sentence pursuant to 18 U.S.C. § 3582 is DENIED.

IT IS SO ORDERED this 2nd day of March, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE